UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

VS.

CITATION / CASE NO. 5 05mj 0063 TAG

## ORDER TO PAY

Peggy Dodd

SOCIAL SECURITY #: 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
DATE OF BIRTH: Sept 5, 1940
DRIVER'S LICENSE #: ~~CADL~~ U4031789
ADDRESS: 16925 Foothill Ave
North Edwards  CA  93523
City              State              Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 9 Aug 05       Peggy D. Dodd
                     DEFENDANT'S SIGNATURE

### YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

CITATION / CASE NO: 05mj 63 TAG    FINE 100.00    ASGMT. 25.00
CITATION / CASE NO: _____ FINE _____   ASGMT. _____

(✓) **FINE TOTAL** of $ 100.00 and a penalty assessment of $ 25.00 within 30 ~~days~~/months or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) **TRAFFIC SCHOOL BY:** _____ with proof mailed to _____
( ) **PROBATION** to be unsupervised / supervised for: _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

CENTRAL VIOLATIONS BUREAU
P.O. BOX 740026
Atlanta, GA 30374-0026
1-800-827-2982

(CLERK, USDC
501 "I" St., #4200
Sacramento, CA 95814)

CLERK, USDC
1130 O Street, Rm 5000
Fresno, CA 93721

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: August 9, 2005       Teresa Goldner
                           U.S. MAGISTRATE JUDGE

Clerk's Office                                              EDCA - 03 Rev 8/97